## 50528. AVIS RENT A CAR SYSTEM, INC. v. PALMER.

BELL, Chief Judge.

In this negligence suit, the defendant Avis has not shown as a matter of law on its motion for summary judgment that the other defendant, the driver of an Avis vehicle, was an independent contractor and not its employee. The judgment denying the motion is affirmed.

*Judgment affirmed. Webb and Marshall, JJ., concur.*

ARGUED APRIL 7, 1975 — DECIDED MAY 15, 1975.

*Swift, Currie, McGhee & Hiers, Guerry R. Moore,* for appellant.

*DeVille, Levine & Lewis, Roman A. Deville,* for appellee.